Virginia, the only other plausible forum.

5. Shared Interests of States in Furthering Fundamental Social Policies

"[T]his factor focuses on whether the exercise of personal jurisdiction by [the forum state] affects the substantive social policy interests of other states or foreign nations." *OMI Holdings, Inc.*, 149 F.3d at 1097. Here, the shared interests of the states do not affect this analysis, as the exercise of jurisdiction would in no way interfere with the interests of another sovereign, particularly where, as here, Defendant chose to solicit business and offer flights from Oklahoma.

Having found all five of the above factors weigh in the Plaintiff's favor, the courts holds that an exercise of personal jurisdiction over Defendant does not "offend traditional notions of fair play and substantial justice" and is therefore proper.

## Conclusion

Since the court finds Defendant has sufficient minimum contacts with the State of Oklahoma under the specific jurisdiction framework and the exercise of jurisdiction over Defendant would not violate the notions of fair play and substantial justice, Defendant's Motion to Dismiss and to Transfer Venue is hereby DENIED.

IT IS SO ORDERED this 3rd day of August 2005.

James H. Payne
United States District Judge
Northern District of Oklahoma